Anthony T. BROADNAX, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 02–7466.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 6, 2003.

Anthony T. Broadnax, Appellant Pro Se.
Mary Kathleen Beatty Martin, Office of
the Attorney General of Virginia, Rich-
mond, Virginia, for Appellee.

Before WILKINS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Anthony T. Broadnax, a state prisoner,
seeks to appeal the district court's order
adopting the report and recommendation
of the magistrate judge and denying relief
on Broadnax's petition filed under 28
U.S.C. § 2254 (2000). An appeal may not
be taken from the final order in a habeas
corpus proceeding unless a circuit justice
or judge issues a certificate of appealabili-
ty. 28 U.S.C. § 2253(c)(1) (2000). When,
as here, a district court dismisses a § 2254
petition solely on procedural grounds, a
certificate of appealability will not issue
unless the petitioner can demonstrate both
"(1) 'that jurists of reason would find it
debatable whether the petition states a
valid claim of the denial of a constitutional
right' and (2) 'that jurists of reason would
find it debatable whether the district court
was correct in its procedural ruling.'"
*Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.)
(quoting *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000)), *cert. denied,* 534 U.S. 941, 122
S.Ct. 318, 151 L.Ed.2d 237 (2001). We
have reviewed the record and conclude for
the reasons stated by the district court
that Broadnax has not made the requisite
showing. *See Broadnax v. Angelone,* No.
CA–02–158–2 (E.D.Va. Sept. 19, 2002).
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*